☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-cr-00017-MMD-WGC |
| | ) | |
| DUSTIN MICHAEL JOSEPH | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Bruce R. Thompson U.S. Courthouse and Federal Bldg.<br>400 South Virginia Street<br>Reno, Nevada 89501 | Courtroom No.: 2, 4th Floor |
|---|---|
| | Date and Time: 5/20/19 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/17/2019

_____
*Judge's signature*

U.S. Magistrate Judge William G. Cobb
*Printed name and title*