# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN MICHAEL JOSEPH,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00017-MMD-WGC<br><br>**ORDER APPROVING**<br>STIPULATION TO CONTINUE REVOCATION HEARING<br>(FIRST REQUEST) |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for DUSTIN MICHAEL JOSEPH and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for July 8, 2020, at 9:00 AM, be vacated and continued to July 13, 2020, at 2:30 PM.

　　　/ / /

This Stipulation is entered into for the following reasons:

Mr. Joseph is scheduled to appear before this court for a Revocation Hearing on July 8, 2020, at 9:00 AM. Undersigned counsel request that this matter be continued to July 13, 2020, at 2:30 PM., to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Joseph is on bond and agrees to the continuance.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 1st day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>DUSTIN MICHAEL JOSEPH | By */s/ Megan Rachow*<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

2

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for July 8, 2020, at 9:00 AM, be vacated and continued to July 13, 2020, at 2:30 PM.

DATED this __2nd__ day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE